| | |
|---|---|
| 1  THOMAS P. O'BRIEN<br>    United States Attorney<br>2  LEON W. WEIDMAN<br>    Assistant United States Attorney<br>3  Chief, Civil Division<br>    ROBYN-MARIE LYON MONTELEONE<br>4  Assistant United States Attorney<br>    Assistant Chief, Civil Division<br>5  California State Bar No. 130005<br>    INDIRA J. CAMERON-BANKS<br>6  Assistant United States Attorney<br>    California State Bar No.248634 | JS - 6 |

```
 1   THOMAS P. O'BRIEN
     United States Attorney                             JS - 6
 2   LEON W. WEIDMAN
     Assistant United States Attorney
 3   Chief, Civil Division
     ROBYN-MARIE LYON MONTELEONE
 4   Assistant United States Attorney
     Assistant Chief, Civil Division
 5   California State Bar No.  130005
     INDIRA J. CAMERON-BANKS
 6   Assistant United States Attorney
     California State Bar No.248634
 7        Room 7516, Federal Building
          300 North Los Angeles Street
 8        Los Angeles, California  90012
          Telephone: (213) 894-2458/2442
 9        Facsimile:  (213) 894-7819
          Robby.Monteleone@usdoj.gov
10        Indira.J.Cameron-Banks@usdoj.gov

11   Attorneys for Defendant
     Michael J. Astrue, Commissioner,
12   Social Security Administration

13

14                  UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16                        WESTERN DIVISION

17

18   ELIZABETH VADEN,            )    No. CV 07-2957-VBF(JCx)
                                 )
19             Plaintiff,        )    JUDGMENT
                                 )
20        v.                     )
                                 )
21   MICHAEL J. ASTRUE, Commissioner, )
     Social Security Administration, )
22   Agency, and DOES 1-10, inclusive, )
                                 )
23             Defendants.       )
                                 )
24
```

     In accordance with Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance of Offer of Judgment Pursuant to Rule 68 in this matter,

     IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Elizabeth Vaden and against Defendant Michael J. Astrue, Commissioner, Social

Security Administration, in the amount of Four Thousand Dollars and no cents ($4,000.00), said sum to include all court costs, attorney's fees and outstanding liens incurred to date.

IT IS SO ORDERED.

DATED: 01/26/09

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LAW OFFICES OF LEO JAMES TERRELL

_____/s/_____
Leo James Terrell

Attorneys for Plaintiff
Elizabeth Vaden


THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____/s/_____
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
INDIRA J. CAMERON-BANKS
Assistant United States Attorney

Attorneys for Federal Defendant
Michael J. Astrue, Commissioner,
Social Security Administration